IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY REDMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 3:11-cv-347 |
| | ) |
| MARK PAYNE, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Withdraw filed by Plaintiff's attorney Lawrence S. Hall. For good cause shown, the Motion is **GRANTED**. Pursuant to Local Rule 80.1(i), attorney Benjamin Hegvik of the firm Foley & Mansfield is hereby **APPOINTED** to represent Plaintiff in this case. This matter is SET for a telephonic status conference on February 14, 2013 at 2:00 p.m. Defendant to initiate the conference call. Parties should be prepared to discuss the schedule and discovery in this case.

**DATED: January 10, 2013**

                                                       **DONALD G. WILKERSON**
                                                     **United States Magistrate Judge**